UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| YAKOV G DRABOVSKIY | : | DOCKET NO. 2:07-cv-1385<br>Section P |
| VS. | : | JUDGE TRIMBLE |
| JOE P. YOUNG, WARDEN | : | MAGISTRATE JUDGE WILSON |

**O R D E R**

Currently before court is a "Motion for Entry of Default" [doc. 16] filed by *pro se* petitioner, Yakov Drabovskiy. By this motion, the petitioner seeks to have the court grant him the relief that he seeks in his petition for writ of *habeas corpus* due to the respondent's failure to file a response to his petition as ordered. This is petitioner's second motion seeking such relief.

As the court has previously informed petitioner, a default judgment would be premature in this instance and default judgments are disfavored in *habeas corpus* proceedings. Accordingly, this motion is DENIED for the reasons previously stated in the order dated November 20, 2007 [doc. 15].

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, November 26, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE