U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC 0 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| YAKOV G. DRABOVSKIY<br>A 07 245 032 | CIVIL ACTION NO. 07-1385 |
| VS. | SECTION P |
| J.P. YOUNG, WARDEN | JUDGE TRIMBLE<br>MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that **GROUND FIVE** of the petition for writ of *habeas corpus* (i.e., the claim that the order of removal is unlawful) be **DENIED** and **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 5th day of December, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE