U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 3 1 2008

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| YAKOV G. DRABOVSKIY | : | DOCKET NO. 2:07-cv-1385<br>Section P |
| VS. | : | JUDGE TRIMBLE |
| J. P. YOUNG, WARDEN | : | MAGISTRATE JUDGE KAY |

## ORDER

Currently before the court are petitioner's Motion for Default Judgment as to Defendants [doc. 18], Motion to Expedite [doc. 22], and Motion to Amend/Correct and Grant Petition for Writ of Habeas Corpus [doc. 23]. In its order of March 26, 2008 [doc. 24], this court appointed counsel for petitioner and set an evidentiary hearing for May 27, 2008, at which time the court will hear evidence concerning the issues raised in petitioner's motions. Accordingly,

IT IS ORDERED that the Motion for Default Judgment be and is hereby DENIED.

IT IS FURTHER ORDERED that the Motion to Expedite be and is hereby DENIED as moot.

IT IS FURTHER ORDERED that the Motion to Amend/Correct and Grant Petition for Writ of Habeas Corpus be and is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st Day of March, 2008.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE