U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

NOV - 7 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| YAKOV G. DRABOVSKIY | : | DOCKET NO. 2:07-cv-1385 |
| VS. | : | JUDGE TRIMBLE |
| J P YOUNG | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that Plaintiff's Petition for Writ of Habeas Corpus be, and it is hereby DISMISSED AND DENIED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of November, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE